```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03627
   CANDACE ALICIA LAWSON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7500

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 03/01/2007 and was confirmed 07/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/07/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
ILLINOIS POWER CO          UNSECURED      NOT FILED          .00           .00
BUSINESS SERVICE BUREAU    UNSECURED      NOT FILED          .00           .00
C E OFFICE SERVICE INC     UNSECURED      NOT FILED          .00           .00
RMI/MCSI                   UNSECURED       5000.00           .00           .00
CITY OF COUNTRY CLUB HIL   NOTICE ONLY    NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT   UNSECURED      NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED       1043.29           .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED          .00           .00
R&R COUNTRY                UNSECURED      NOT FILED          .00           .00
COUNTRY CLUB HILLS         UNSECURED      NOT FILED          .00           .00
SUNTRUST BANK              UNSECURED      NOT FILED          .00           .00
US DEPT ED                 UNSECURED       2842.59           .00           .00
ZALE/CBSD                  UNSECURED      NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED       3100.00           .00           .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY    2,429.00                       1,429.18
TOM VAUGHN                 TRUSTEE                                         110.82
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                1,540.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                    1,429.18
TRUSTEE COMPENSATION                                110.82
DEBTOR REFUND                                         .00
                     ---------------       ---------------
TOTALS                 1,540.00                   1,540.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03627 CANDACE ALICIA LAWSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE